## MAGISTRATE JUDGE CLERK NOTES

| | |
|---|---|
| Magistrate Judge: CJBH | Date: 5/29/03 |
| Courtroom Clerk: Quinn | Tape Number: 2003 |
| Case: USA v. John Gillies | Case Number: 03m-1084-JGD |
| AUSA: Bob Peabody | Defense Counsel: None |
| PTSO/PO: Chris Wylie | Interpreter: ______ |

## TYPE OF HEARING

| | |
|---|---|
| [✓] **Initial Appearance**<br>[ ] Defendant Sworn<br>[✓] Advised of Charges<br>[✓] Advised of Rights<br>[✓] Requests Counsel<br>[ ] Will Retain Counsel<br>[✓] Court Orders Counsel be Appointed<br>[✓] Government Requests Detention & Continuance<br>[ ] Defendant Released on ______ with conditions<br>[ ] Defendant Consents to Voluntary Detention<br><br>[ ] Arrested on Warrant issued On______<br>[✓] Arrested on Probable Cause On 5/29/03 | [ ] **Arraignment**<br>[ ] Defendant Waived Reading of Indictment<br>[ ] Defendant Pleads Not Guilty to Counts ______<br><br>[ ] **Removal Hearing/Rule 40**<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Ordered Removed to Charging District. Order to Issue.<br>[ ] Defendant Released, Conditions Remain/ Modified/Set<br>[ ] Identity Established |
| [ ] **Preliminary Examination (Rule 5 or Rule 32.1)**<br>[ ] Probable Cause Found<br>[ ] Identity Established<br>[ ] Defendant Waives Identity Hearing<br>[ ] Defendant Waives Preliminary Examination | [ ] **Preliminary Probation Revocation Hearing**<br>[ ] Defendant Ordered Detained<br>[ ] Defendant Released |
| [ ] **Detention Hearing**<br>[ ] Defendant Requests a Continuance<br>[ ] Defendant Consents to Voluntary Detention<br>[ ] Defendant Detained, Order to Issue<br>[ ] Defendant Released on ______ with conditions<br>[ ] Detention Taken Under Advisement | [ ] **Bail Revocation Hearing**<br>[ ] Bail Revoked, Defendant Ordered Detained<br>[ ] Defendant Released, Conditions Remain/Modified<br>[ ] Defendant Released on ______ with Conditions |
| [ ] **INITIAL STATUS CONFERENCE** | [ ] **FINAL STATUS CONFERENCE** |

## CONTINUED PROCEEDINGS

PC Hrg: Deten Hearing/Conference set for Tuesday June 3 at 2:30pm

## REMARKS

______

(N:\TOM\DOCS\CrCtNoteMJ.wpd)

F/C = 10 yr sen
F/A = flight risk
64 = Danger