CJA 23
Rev. 5/98

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF

Gillies, John V.S.

FOR

AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

Gillies, John

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☒ Yes ☐ No ☐ Am Self-Employed

Name and address of employer: Millennium Movers, Lynn

**IF YES,** how much do you earn per month? $ Varies 1,000 mth

**IF NO,** give month and year of last employment

How much did you earn per month? $

If married is your Spouse employed? ☐ Yes ☒ No

**IF YES,** how much does your Spouse earn per month? $

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

**IF YES,** GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $

SOURCES

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No **IF YES,** state total amount $ 600.00

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

**IF YES,** GIVE THE VALUE AND $ DESCRIBE IT

VALUE

DESCRIPTION

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
✓ SINGLE
__ MARRIED
__ WIDOWED
__ SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| 1,000 | 5,000 | $ 6,000 | $ 2,000 |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) May 29, 2003

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) X John Gillies