# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

v. MAGISTRATE JUDGE'S DOCKET NO. 03M01084JGD

JOHN GILLIES, ETC.

## *ORDER PURSUANT TO RULE 5.1, FED.R.CRIM. P.*

COLLINGS, U.S.M.J.

The defendant appeared with counsel on June 13, 2003. After hearing, I find that there is probable cause to believe that the defendant committed the crime with which he is charged in the Complaint.

Accordingly, pursuant to Rule 5.1(a), Fed.R. Crim. P., it is ORDERED that the defendant be, and he hereby is, held to answer in the District Court.

Pursuant to Rule 5.1(c), Fed.R. Crim. P., all papers in the above-styled

case are TRANSMITTED herewith to the District Court.

ROBERT B. COLLINGS
United States Magistrate Judge

June 13, 2003.